NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALMONDNET, INC.,**
*Plaintiff-Appellant,*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Appellee.*

---

2012-1203

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0298, Senior Judge Barbara B. Crabb.

---

**JUDGMENT**

---

DAVID K. CALLAHAN, Kirkland & Ellis LLP, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were MEREDITH ZINANNI and RYAN POHLMAN.

ROBERT N. HOCHMAN, Sidley Austin, LLP, of Chicago, Illinois, argued for defendant-appellee. With him on the brief were CONSTANTINE L. TRELA, JR., RICHARD A. CEDEROTH, and NATHANIEL C. LOVE, of Chicago, Illinois, and BRYAN K. ANDERSON, of Palo Alto, California. Of

counsel on the brief was DAVID E. KILLOUGH, Microsoft Corporation, of Redmond, Washington.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 20, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
     Clerk